| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* 0977 4:05CR00130-01 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 2:24-cr-00227-LK |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Montana | DIVISION Great Falls |
|---|---|---|
| Solomon Bitton Simtob aka Simon Simtob | NAME OF SENTENCING JUDGE Sam E. Haddon | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 07/25/2023 | TO 07/24/2031 |

OFFENSE
21 U.S.C. § 841(b)(1)(B): Possession with Intent to Distribute Methamphetamine
21 U.S.C. § 841(b)(1)(C): Distribution of Methamphetamine

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Simtob currently lives in SeaTac, Washington, where he is supervised by the Western District of Washington. He does not intend to return to the District of Montana.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF   Montana

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   Western District of Washington   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

12/6/2024
*Date*

*/s/ Brian Morris*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Western   DISTRICT OF   Washington

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

December 11, 2024
*Effective Date*

*/s/ Lauren King*
*United States District Judge*

1